IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAFIA LAWAL, on behalf of herself and all others similarly situated,**

      **Plaintiff,**

  -v-

**ROSHAMBO BABY, INC.,**

      **Defendant.**

Civil Case Number: 1:22-cv-08868-CM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

 Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

 All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  February 14, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*